**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Hoys, Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br> Defendants. | CASE NO.:  2:13-cv-00912-APG-VCF |

| | |
|---|---|
| EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br> Counterclaimants, <br><br> Hoys, Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., DOES I through X; ROE CORPORATIONS XI through XX, inclusive, <br><br> Counter-Defendants. | ORDER GRANTING TEMPORARY RESTRAINING ORDER |

On October 3, 2013 at 1:00 PDT, Hoys, Inc.'s ("Hoys") Application for Temporary Restraining Order (the "Application") came on for hearing before this Court. Counsel for Defendants/Counterclaimants filed a Response to the Application and participated in the hearing. Having considered the pleadings filed in connection with the Application and all evidence and argument submitted by the parties, the Court finds that Hoys has made a proper *prima facie* showing that immediate and irreparable injury, loss and damage will result to Hoys before a full preliminary injunction hearing can be held on Hoys' Motion for Preliminary Injunction, unless Defendants/Counterclaimants are restrained as prayed for in the Application.

1

1     **WHEREFORE**, in consideration of the foregoing, the Court being fully advised in the

2 premises and pending a determination of Hoys's Motion for Preliminary Injunction,

3     **IT IS HEREBY ORDERED** that Edwin Fujinaga, EBJ&F, LLC, Med-Health

4 Pharmaceutical Products, LLC and all of their affiliates, agents and owners are hereby

5 immediately restrained and enjoined from collecting or attempting to collect accounts receivable

6 payable to Hoys and from taking any action to interfere with Hoys's collection of accounts

7 receivable payable to Hoys.

8     **IT IS FURTHER ORDERED** that Hoys is hereby immediately authorized to collect any

9 and all accounts receivable payable to Hoys.

10     **IT IS FUTHER ORDERED** that the Temporary Restraining Order shall remain in effect

11 for fourteen days from the Court's ruling from the bench at the October 3, 2013 hearing.

12     **IT IS FURTHER ORDERED** that nothing contained herein shall be deemed to

13 supersede or to controvert any order previously entered in the matter captioned *Securities and*

14 *Exchange Commission v. Edwin Yoshihiro Fujinaga, et al.*, 2:13-cv-01658-JCM-CWH (the "SEC

15 Litigation").

16     **IT IS FURTHER OREDERED** that nothing contained herein shall preclude or

17 otherwise limit the Securities and Exchange Commission (the "SEC") from hereafter challenging

18 Hoys's actions or pursuing any recover that might have otherwise been pursued by Defendants.

19 Counsel for Hoys shall forthwith provide a copy of this Order to the SEC's lead counsel in the

20 SEC Litigation.

21     **IT IS FUTHER ORDERED** that Hoys shall post a bond in the amount of $1,000.00.

22

23 Dated this ___7th___ day of October, 2013.

24

25

26     The Honorable Andrew P. Gordon

27     United States District Judge

4839-1567-7974, v. 1

28

2