ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone No.: (702) 476-9668
Facsimile No.: (702) 462-2624
ferranlawoffice@gmail.com
*Attorneys for Defendants/Counterclaimants*

DANIEL W. GLASSER, ESQ.
Nevada Bar No. 6990
CHIPMAN GLASSER, LLC.
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
*Telephone No.: (303) 578-5780*
*Facsimile No.:  (303) 578-5790*
dglasser@chipmanglasser.com
*Attorney for Defendants/Counterclaimants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br> Defendants. | Case No.:   2:13-cv-00912-APG-VCF <br><br><br> **JOINT STATUS REPORT AND MOTION TO EXTEND STAY** |
| EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br> Counterclaimants, <br><br> Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., DOES I through X; ROE CORPORATIONS XI through XX, inclusive, <br><br> Counter-Defendants. | |

Plaintiffs/Counter-Defendants Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc. ("**Plaintiffs**") and Defendant/Counterclaimants EBJ & F, Med-Health Pharmaceutical Products, and Edwin Fujinaga ("**Defendants**") respectfully file this Joint Status Report to the Court pursuant to the Court's August 4, 2014 Order granting the Parties' Joint Motion To Extend Stay. The parties also move the Court to extend the stay for an additional 30 days.

## STATUS

1. On April 14, 2014, the parties held a private mediation in this matter and reached a tentative resolution of the litigation. As there are two additional lawsuits involving the Defendants in which injunctions had been entered, the parties' agreement was made contingent upon court approval in these separate actions.

2. On May 19, 2014, the parties executed a final settlement agreement (the "**Settlement Agreement**"). Counsel for Defendants transmitted the Settlement Agreement to counsel for the Securities and Exchange Commission ("**SEC**"), and both counsel for Plaintiffs and counsel for Defendants communicated with the SEC regarding whether the SEC would object to a request that the court in the SEC litigation approve the payment set forth in the Settlement Agreement.

3. The SEC communicated its opposition to the payment proposed in the Settlement Agreement. Consequently, the parties did not move the court in the SEC litigation to approve the Settlement Agreement, and the parties explored other settlement options that might be more palatable to the SEC. The parties have not been able to reach an agreement regarding alternative settlement arrangements.

4. The court-ordered accountant in the SEC litigation released a draft report, which as of yet has not been finalized. Defendants' counsel believed that, in light of the report, the court in the SEC litigation would approve the payment set forth in the Settlement Agreement despite any objections from the SEC.

5. The parties asked the Court to extend the stay to permit counsel for Plaintiffs to review this draft report. The parties submitted, and the Court approved on August 29,

1  2014, a stipulated Protective Order, which would allow counsel for Defendants to produce the draft report to counsel for Plaintiffs.

6. On Friday, August 29, 2014, counsel for Defendants finally produced the draft report to counsel for Plaintiffs. Counsel for Plaintiffs has reviewed the report and requests additional time to analyze it and, if warranted by the report, to submit a motion to the court in the SEC litigation.

## MOTION

7. Counsel for Plaintiffs would like to carefully analyze the draft report and file a motion in the SEC litigation, requesting approval from that court for Defendants to make the payment set forth in the Settlement Agreement.

WHEREFORE, the parties request that the Court extend the stay of the proceedings for an additional 30 days to allow the parties to file a motion in the SEC litigation.

Respectfully submitted,
By: /s/ Daniel W. Glasser, Esq.
DANIEL W. GLASSER, ESQ.
Nevada Bar No. 6990
Chipman Glasser, LLC
2000 S. Colorado Blvd., Suite 7500
Denver, Colorado 80222
(303) 578-5780

and

MARQUIS AURBACH COFFING.
FRANK M. FLANSBURG III, ESQ.
Nevada Bar #6970
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs/Counter-Defendants*

By: /s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
Hitzke & Associates
2030 E. Flamingo Road, Suite 115

1
2          Las Vegas, NV 89119
           Telephone: (702) 476-9668
3
           *Attorneys for Defendant/Counterclaimants*
4
5                              **ORDER**

6     UPON CONSIDERATION of the Parties' Joint Motion To Extend Stay and for good
7  cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.
8     It is further ORDERED that the parties shall file a Joint Status Report or an Amended
9  Scheduling Order by October 2, 2014.

10         Dated:  September 4, 2014.

11
12                                              _____
                                                United States District Judge
13
14
15
16   4852-1812-6878, v. 1
17
18
19
20
21
22
23
24
25
26
27
28