ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & ASSOCIATES
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
*Telephone No.: (702) 784-7600*
*Facsimile No.: (702) 784-7649*
*ferranlawoffice@gmail.com2:*
*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., <br><br>　　　　　Plaintiffs/Counter-Defendants, <br><br>　　vs. <br><br> EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br>　　　　　Defendants. | Case No.:   2:13-cv-00912-APG-VCF <br><br><br> **JOINT MOTION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** |
| EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br>　　　　　Counterclaimants, <br><br> Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., DOES I through X; ROE CORPORATIONS XI through XX, inclusive, <br><br>　　　　　Counter-Defendants. | |

Plaintiffs/Counter-Defendants Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill, and Haldun Inc., and Defendants/Counterclaimants EBJ & F, Med-Health Pharmaceutical Products, and Edwin Fujinaga (the "**Parties**") respectfully move the Court for entry of the attached proposed Order for a stay of this matter pending appointment of a receiver for Edwin

Fujinaga in litigation before the Honorable District Court in Case No. 2:13-cv-1658-JCM-CWH (D. Nev.) (the "**SEC Litigation**") between Fujinaga and the Securities and Exchange Commission ("**SEC**").

1. On April 14, 2014, the Parties held a private mediation and reached an agreement to settle this matter. As there were two separate lawsuits involving the Defendants/Counterclaimants in which injunctions had been entered, the Parties' agreement was made contingent upon court approval in the action described above, as well as in one other action—Case No. 2:13-cv-01183-JAD-VCF (D. Nev.).

2. On May 19, 2014, a final settlement agreement was executed by the Parties ("**Agreement**"). The Parties requested a stay from this Court on May 27, 2014 (Doc. 43), and the Court granted the stay on May 29, 2014 (Doc. 45).

3. For various reasons, the SEC did not approve of the settlement. The Parties sought alternative settlement arrangements, and conceptually reached a tentative solution, but were unable to finalize a written settlement agreement.

4. So the Parties moved to recommence the litigation by submitting a Stipulated Discovery Plan and Proposed Amended Scheduling Order on October 10, 2014. (Doc. 58). The Court approved the Stipulation and Proposed Order the same day. (Doc. 59).

5. The Parties requested and made initial additional discovery disclosures and continued to address settlement. In light of the settlement discussions, the parties agreed not to engage in any further discovery or disclosure.

6. Now it appears that Mr. Fujinaga may be unable to continue any settlement talks in this case. On October 30, 2014, the Court in the SEC Litigation approved the SEC's motion to appoint a receiver to control various assets owned or controlled by Mr. Fujinaga and requested a

proposed order. The Court in the SEC Litigation has recently set a briefing schedule on the SEC's most recent proposed order.

7. Counsel for Defendants/Counterclaimants has indicated that because a receiver will soon be appointed, Plaintiffs/Counter-Defendants should address settlement directly with the SEC and the soon-to-be-appointed receiver.

8. Given that Fujinaga and the remaining Defendants/Counterclaimants lack any real authority to discuss settlement of this litigation, the Parties respectfully request that the Court stay the litigation once again until a receiver is put into place to run the affairs of Mr. Fujinaga and the remaining Defendants/Counterclaimants.

Respectfully submitted,

By: _____*s/ Erick M. Ferran*_____
ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
Hitzke & Associates
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 784-7600

*Attorneys for Defendant/Counterclaimants*

By: _____*s/ Daniel W. Glasser*_____
DANIEL W. GLASSER, ESQ.
Nevada Bar No. 6990
Chipman Glasser, LLC
2000 S. Colorado Blvd., Suite 7500
Denver, Colorado 80222
(303) 578-5780

and

MARQUIS AURBACH COFFING.
FRANK M. FLANSBURG III, ESQ.
Nevada Bar #6970
10001 Park Run Drive
Las Vegas, Nevada 89145

|    |                                              |
|----|----------------------------------------------|
| 1  |                                              |
| 2  | *Attorneys for Plaintiffs/Counter-Defendants* |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines in this matter are STAYED until the appointment of a receiver in the SEC Litigation. Upon the appointment of a receiver, the Parties will have 90 days to submit an amended scheduling order in the event they are not able to settle this litigation.

**SO ORDERED BY THE COURT:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2014

4842-3508-8929, v. 1