UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOYS, INC., *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>EBJ&f, LLC, *et al.*,<br><br>               Defendants. | Case No. 2:13-cv-00912-APG-VCF<br><br>**ORDER** |

IT IS ORDERED that the parties shall file a status report on or before July 15, 2015.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE