# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HOY'S, INC., et al., | |
| Plaintiffs, | 2:13-cv-00912-APG-VCF |
| vs. | **ORDER** |
| EBJ & F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, | |
| Defendants. | |

Before the court is the Motion to Extend Time to File an Amended Discovery Plan and Proposed Scheduling Order (#70).

IT IS HEREBY ORDERED that a telephonic hearing on is the Motion to Extend Time to File an Amended Discovery Plan and Proposed Scheduling Order (#70) is scheduled for 1:30 p.m., August 27, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 26th day of August, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE