# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HOY'S, INC., et al., | |
|            Plaintiffs, | 2:13-cv-00912-APG-VCF |
| vs. | **ORDER** |
| EBJ & F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, | |
|            Defendants. | |

On August 25, 2015, Defendants/Counterclaimants filed their Motion to Extend Time to File an Amended Discovery Plan and Proposed Scheduling Order (#70). The court ordered a telephonic hearing for 1:30 p.m., August 27, 2015 on the Motion to Extend Time to File an Amended Discovery Plan and Proposed Scheduling Order (#70). On August 26, 2015, Plaintiffs/Counterdefendants filed their Motion to Continue Status Conference Regarding Motion to Extend Time to File an Amended Discovery Plan and Scheduling Order (#72).

Accordingly,

IT IS HEREBY ORDERED that the telephonic hearing, on the Motion to Extend Time to File an Amended Discovery Plan and Proposed Scheduling Order (#70), scheduled for 1:30 p.m., August 27, 2015 is VACATED.

IT IS FURTHER ORDERED that the Motion to Extend Time to File an Amended Discovery Plan and Proposed Scheduling Order (#70) is GRANTED. The deadline to file an amended discovery plan and scheduling order is extended to September 1, 2015.

IT IS FURTHER ORDERED that Motion to Continue Status Conference Regarding Motion to Extend Time to File an Amended Discovery Plan and Scheduling Order (#72) is DENIED as MOOT.

IT IS FURTHER ORDERED that a status conference is scheduled for 1:30 p.m., September 1, 2015, in courtroom 3D.  Local counsel, Frank M. Flansburg, III, Esq., for Plaintiffs/Counterdefendants must be present in person at the scheduled status hearing.  Daniel W. Glasser, Esq. and Michael Lynch, Esq. may appear in person or telephonically.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 27th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE