Michael F. Lynch, Esq.
Nevada Bar No. 8555
**LYNCH LAW PRACTICE, PLLC**
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
702.684.6000
702.413.8282 (direct)
702.543.3279 (fax)
Michael@LynchLawPractice.com

*Attorney for EBJ&F, LLC,*
*Med-Health Pharmaceutical Products, LLC,*
*and Edwin Fujinaga*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Hoy's, Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill, and Haldun, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC, and Edwin Fujinaga, <br><br> Defendants. <br><br> EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC, and Edwin Fujinaga, <br><br> Counterclaimants, <br> vs. <br><br> Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill, and Haldun, Inc.; DOES I though X; ROE CORPORATIONS XI through XX, inclusive, <br><br> Counter-Defendants. | Case No.: 2:13-cv-00912-APG-VCF <br><br> **STIPULATION TO ENLARGE TIME TO EXCHANGE EXPERT REPORTS** <br><br> **(SECOND REQUEST)** |

Defendants and Counterdefendants EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC, and Edwin Fujinaga, by and through their court-appointed receiver on the one hand, and Plaintiffs and Counterclaimants Hoy's, Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill, and Haldun, Inc., on the other hand, hereby stipulate and agree:

1

**A.     Discovery that has been completed.**

The parties have each made their initial disclosures, and supplements thereto.

Each party has propounded and responded to one set of written discovery.

Plaintiffs have identified one expert, and produced a partial expert report.

Both parties have produced several thousands of pages of documents.  In total, there have been well over 10,000 pages of documents produced.

**B.     Discovery that remains to be completed.**

Defendants/Counterclaimants intend on taking the depositions of the Plaintiffs/Counterdefendants and propounding subpoenas on third parties, along with additional discovery that is required.  Defendants/Counterclaimants intend on supplementing their disclosures as necessary, propounding further written discovery, and deposing witnesses before the end of discovery.  Defendants/Counterclaimants further intend on disclosing experts as necessary.

Additional discovery is required as to the amounts paid towards the outstanding indebtedness that Defendants/Counterclaimants allege is owed by Plaintiffs/Counterdefendants.

**C.     The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan.**

The parties have continued to discuss settlement and have continued to evaluate various possible settlement approaches.  Prior to receiver's involvement in this case, the parties had previously agreed to a tentative settlement agreement of this litigation.  The tentative settlement, however, returned control of certain assets to Defendants herein, which was not appropriate or advisable given the receivership.  Counsel for Receiver is approaching settlement from an entirely different perspective, and has advised Plaintiffs and Counterdefendants that a settlement offer will be forthcoming in the next several days.  The parties would like to avoid the expense of finalizing expert reports, particularly in this instance as the dispute arguably includes many tens of thousands of transactions over several years.

The parties are hopeful that with just a few more weeks, a settlement may be possible, and the parties therefore request the Court accommodate this request to facilitate this process.

**D.     A proposed schedule for completing all remaining discovery.**

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Initial Expert Reports | 10/20/2015 | 11/13/2015 |
| Disclosure of Rebuttal Expert Reports | 11/20/2015 | 12/11/2015 |

All other discovery deadlines shall remain unchanged from the Scheduling Order Entered on 9/10/2015 (Dkt. 77).

DATED October 19, 2015.

LYNCH LAW PRACTICE, PLLC                CHIPMAN GLASSER, LLC

/s/ Michael F. Lynch                    /s/ Daniel W. Glasser
Michael F. Lynch                        DANIEL W. GLASSER, ESQ.
Nevada Bar No. 8555                     Nevada Bar No. 6990
3613 S. Eastern Ave.                    2000 S. Colorado Blvd., Suite 7500
Las Vegas, Nevada 89169                 Denver, Colorado 80222
702.684.6000                            (303) 578-5780
702.413.8282 (direct)                   and
702.543.3279 (fax)                      MARQUIS AURBACH COFFING.
Michael@LynchLawPractice.com            FRANK M. FLANSBURG III, ESQ.
                                        Nevada Bar #6970
Attorney for Defendants/Counter-Claimants   10001 Park Run Drive
                                        Las Vegas, Nevada 89145

                                        Attorneys for Plaintiffs/Counter-Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  10-19-2015

3