# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HOY'S, INC., *et al.*,

        Plaintiffs,

vs.

EBJ&F, LLC, *et al.*,

        Defendants.

2:13-cv-00912-APG-VCF

**ORDER**

        The parties were ordered to file a status report by March 1, 2016. (#83). A status report has not been filed.

        Accordingly,

        IT IS HEREBY ORDERED that a status conference is scheduled for 11:00 a.m., March 21, 2016, in courtroom 3D.

        DATED this 2nd day of March, 2016.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE