DANIEL W. GLASSER, ESQ.
Nevada Bar No. 6990
CHIPMAN GLASSER, LLC.
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
*Telephone No.: (303) 578-5780*
*Facsimile No.:  (303) 578-5790*
dglasser@chipmanglasser.com
*Attorney for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br> Defendants. | Case No.:   2:13-cv-00912-APG-VCF <br><br><br> **JOINT STATUS REPORT** |
| EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC and Edwin Fujinaga, <br><br> Counterclaimants, <br><br> Hoy's Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill and Haldun, Inc., DOES I through X; ROE CORPORATIONS XI through XX, inclusive, <br><br> Counter-Defendants. | |

Defendants and Counterdefendants EBJ&F, LLC, Med-Health Pharmaceutical Products, LLC, and Edwin Fujinaga (the "**Fujinaga Parties**") on the one hand, and Plaintiffs and Counterclaimants Hoy's, Inc., Skill Properties, LLC, James Massengill, Kaylea Massengill, and Haldun, Inc. (the "**Hoy's Parties**", and together with the Fujinaga Parties, the "**Parties**") on the other hand, hereby respectfully file this Joint Status Report to the Court.

**STATUS**

1. Robb Evans & Associates LLC was appointed receiver ("**Receiver**") in the SEC Receivership Litigation (Securities and Exchange Commission vs. Edwin Yoshihiro Fujinaga et al., case no. 2:13-cv-01658-JCM- CWH, the "**Receivership Action**") by that certain Order Appointing an Equitable Receiver entered on February 23, 2015 (Receivership Action, Dkt. 194), which commanded and authorized Receiver to, among other things, take and retain immediate possession, custody, and control of certain commercial properties owned or controlled by Edwin Fujinaga and others.

2. The duties and responsibilities of Receiver were enlarged by that certain Order Appointing a Full Equitable Receiver to Assume Control over the Defendants' Assets and Enforce the Final Judgment entered on May 15, 2015 (the "**Order Appointing Receiver**") (Receivership Action, Dkt. 226). The Order Appointing Receiver directed Receiver to take and retain immediate control over any civil action in which one or more of the Defendants is a party including, but not limited to, the above-captioned litigation, and act as though the Receiver were the real party(ies)-in-interest in any such action.

3. Subject to the SEC's and the Receivership Action's Court's approval, the Parties agreed to terms that would fully and finally settle all claims and counterclaims raised in this action.

4. In preparing a written settlement agreement, the Receiver determined that a third-party (William Keenan) should be added to the settlement agreement. As a result, the Receiver was required to conduct additional negotiations with Mr. Keenan in the process of finalizing the settlement agreement.

5. A written settlement agreement among the Parties and Mr. Keenan was fully executed on February 1, 2016.

6. On February 17, 2016, the Receiver submitted in the Receivership Action a Motion for Order Authorizing, Approving and Confirming Settlement Agreement and Mutual Release (Receivership Action, Dkt. 305) ("**Motion to Approve**"). The Motion to Approve is currently pending in the Receivership Action.

**1**   7. On December 21, 2015, the Parties filed a Stipulation to Stay Proceedings (Dkt. 82), requesting that the Court stay all proceedings in the above-captioned action pending approval of the settlement agreement in the Receivership Action to avoid unnecessary expense to the Parties.

8. On December 22, 2015, the Court stayed the litigation and ordered the Parties to file a status report on March 1, 2016.

9. The Parties were focused on the Receivership Action and the Motion to Approve and regrettably missed the Court's March 1, 2016 deadline. The Parties apologize to the Court for their oversight.

10. The Parties respectfully request that the Court 1) maintain the stay of the litigation, pending a decision in the Receivership Action regarding the Motion to Approve, and 2) vacate the status conference scheduled for March 21, 2016 at 11:00 a.m.

11. The Parties stipulate and agree to file a Joint Status Report or an Amended Scheduling Order in this action within 15 days of a ruling in the Receivership Action on the Motion to Approve.

DATED March 3, 2016.

LYNCH LAW PRACTICE, PLLC

*/s/ Michael F. Lynch*
Michael F. Lynch
Nevada Bar No. 8555
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
702.684.6000
702.413.8282 (direct)
702.543.3279 (fax)
Michael@LynchLawPractice.com

Attorney for Defendants/Counter-Claimants

CHIPMAN GLASSER, LLC

*/s/ Daniel W. Glasser*
DANIEL W. GLASSER, ESQ.
Nevada Bar No. 6990
2000 S. Colorado Blvd., Suite 7500
Denver, Colorado 80222
(303) 578-5780
and
SCHWARTZ FLANSBURG PLLC.
FRANK M. FLANSBURG III, ESQ.
Nevada Bar #6970
Town Square Las Vegas
6623 S Las Vegas Blvd #300, Las Vegas, NV 89119

Attorneys for Plaintiffs/Counter-Defendants

**IT IS SO ORDERED.**

______________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 3-7-2016

IT IS HEREBY ORDERED that a status conference is scheduled for 10:00 a.m., June 24, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that the status conference scheduled for March 21, 2016 at 11:00 a.m. is VACATED.